

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Jonathan Williams' cell phones, computers, hard drives, thumb drives, and electronic storage devices, as set forth in Attachment A | MJ 18-32-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 10th day of August, 2018.

Jeremiah C. Lynch
United States Magistrate Judge

1